FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 27 PM 4:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BROWN | CIVIL ACTION |
| versus | No. 02-1911 |
| PARKER DRILLING OFFSHORE CORPORATION | SECTION: I/3 |

# JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded to it by the Court, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, in the true sum of **FOUR HUNDRED THIRTY-FIVE THOUSAND ONE HUNDRED EIGHTY DOLLARS AND 00/100 ($ 435,180.00)**, with interest on the amount of $ 89,820.00, from May 17, 2001, at the federal rate, and interest on the remainder from the date of entry of judgment, and costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, for future maintenance at the rate of $ 20.00 per day until the plaintiff

DATE OF ENTRY
MAY 27 2003

Fee
Process
X Dktd
CtRmDep
Doc. No. 66

reaches maximum cure.

New Orleans, Louisiana, May 27, 2003.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE