FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 MAY 28 PM 2:07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BROWN | CIVIL ACTION |
| versus | No. 02-1911 |
| PARKER DRILLING OFFSHORE CORPORATION | SECTION: I/3 |

# AMENDED JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded to it by the Court, the minute entry entered this date, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, in the true sum of **FOUR HUNDRED SIXTY THOUSAND EIGHT HUNDRED FORTY DOLLARS AND 00/100 ($ 464,840.00)**, with interest on the amount of $ 89,840.00, from May 17, 2001, at the federal rate, and interest on the remainder from the date of entry of judgment, and costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, for future maintenance at the rate of $ 20.00 per day from the date of entry

DATE OF ENTRY
MAY 28 2003

Fee
Process
X Dktd
CtRmDep
Doc No 68

of judgment until the plaintiff reaches maximum cure.

New Orleans, Louisiana, May 28, 2003.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**