FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG -1 PM 12:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BROWN | CIVIL ACTION |
| versus | No. 02-1911 |
| PARKER DRILLING OFFSHORE CORPORATION | SECTION: I/3 |

**SECOND AMENDED JUDGMENT**

Considering the record, the answers by the jury to the interrogatories propounded to it by the Court, the order entered by the Court granting the defendant's motion for remittitur and denying the plaintiff's motion for judgment as a matter of law and for a new trial (Rec. Doc. No. 84), the plaintiff's acceptance of the remittitur, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, in the true sum of **FOUR HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED FORTY DOLLARS AND 00/100 ($ 414,840.00)**, with interest on the amount of $ 89,840.00, from May 17, 2001, at the federal rate, and interest on the remainder from the date of entry of the first amended judgment, and costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be

DATE OF ENTRY
AUG 0 1 2003

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No. 87

judgment in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, for future maintenance at the rate of $ 20.00 per day from the date of entry of the first amended judgment until the plaintiff reaches maximum cure.

New Orleans, Louisiana, August 1, 2003.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE