FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 22 PM 1:13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BROWN | CIVIL ACTION |
| versus | No. 02-1911 |
| PARKER DRILLING OFFSHORE CORPORATION | SECTION: I/3 |

**THIRD AMENDED JUDGMENT**

Considering the record, the jury verdict and answers by the jury to the interrogatories propounded to it by the Court, the minute entry by the Court explaining that awarding plaintiff future medical expenses with respect to his Jones Act negligence claim would be duplicitous in light of an award for future cure (Rec. Doc. No. 65),[1] the order entered by the Court granting the defendant's motion for remittitur and denying the plaintiff's motion for judgment as a matter of law and for a new trial (Rec. Doc. No. 84), the plaintiff's acceptance of the remittitur, the Fifth Circuit Court of Appeals' vacating the judgment for plaintiff, the Fifth Circuit Court of Appeals' decision on

---

[1] The Fifth Circuit vacated the jury's maintenance and cure award and, therefore, the jury's Jones Act negligence future medical expenses award is no longer duplicitous.

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No ___

rehearing reinstating plaintiff's Jones Act negligence award but vacating the award for maintenance and cure, and the law, for the reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff, Rickey Brown, and against defendant, Parker Drilling Offshore Corporation, in the true sum of **THREE HUNDRED THOUSAND DOLLARS AND 00/100 ($ 300,000.00)**, with interest from May 27, 2003, and costs.

Houston, Texas, November 17, 2005.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**